MICHAEL LENCHYSHYN et al., Respondents, v PELKO ELECTRIC, INC., et al., Appellants. (Appeal No. 2.) [721 NYS2d 845] —Order unanimously affirmed, with costs. Same opinion by KEHOE, J., as in *Lenchyshyn v Pelko Elec.* (281 AD2d 42 [decided herewith]). Present—PIGOTT, JR., P. J., PINE, HURLBUTT, KEHOE and LAWTON, JJ.